UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| QUANCIDINE HINSON-GRIBBLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| CLAUDE MARTIN PURVIS, ) | No. 5:16-CV-845-FL |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on May 22, 2017, and for the reasons set forth more specifically therein, that the court dismisses plaintiff's claims as asserted in the complaint pursuant to 28 U.S.C. § 1915(e)(2).

**This Judgment Filed and Entered on May 22, 2017, and Copies To:**
Quancidine Hinson-Gribble (via U.S. Mail) 6129 Louise Street, Fayetteville, NC 28314-2720

| | |
|---|---|
| May 22, 2017 | PETER A. MOORE, JR., CLERK |
| | /s/ Christa N. Baker |
| | (By) Christa N. Baker, Deputy Clerk |